**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 1:10-CR-047** |
| | : | |
| **v.** | : | **(Judge Conner)** |
| | : | |
| **TROY A. BEAM,** | : | |
| | : | |
| **Defendant** | : | |

## ORDER

AND NOW, this 17th day of June, 2010, upon consideration of the motion (Doc. 30) requesting that the court modify the conditions of release of defendant Troy A. Beam, and following a hearing on the date hereof, and for the reasons stated on the record, it is hereby ORDERED that the motion (Doc. 30) is DENIED.


S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge