# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 1:10-CR-047** |
| | : | |
| **v.** | : | **(Judge Conner)** |
| | : | |
| **TROY A. BEAM** | : | |

## **ORDER**

AND NOW, this 4th day of November, 2010, upon consideration of the government's motion to seal (Doc. 95), it is hereby ORDERED that said motion is GRANTED, and the motion, the order and all related documents be SEALED until further order of the court.

                                            S/ Christopher C. Conner
                                        CHRISTOPHER C. CONNER
                                        United States District Judge