# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 1:10-CR-047** |
| | : | |
| v. | : | **(Judge Conner)** |
| | : | |
| **TROY A. BEAM**, | : | |
| | : | |
| Defendant | : | |

## ORDER

AND NOW, this 30th day of March, 2011, upon consideration of the motion (Doc. 143) filed by the government, wherein the government requests that the court permit IRS Revenue Agent Donna Lammona to remain in the courtroom throughout the presentation of evidence, and not be subject to sequestration, in order to serve as a non-expert summary witness, and it appearing that defendant Troy A. Beam ("Beam") does not oppose the relief requested by the government, it is hereby ORDERED that the motion (Doc. 143) is GRANTED.

   S/ Christopher C. Conner  
CHRISTOPHER C. CONNER  
United States District Judge