**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 1:10-CR-047** |
| | : | |
| v. | : | **(Judge Conner)** |
| | : | |
| **TROY A. BEAM**, | : | |
| | : | |
| Defendant | : | |

## ORDER

AND NOW, this 1st day of April, 2011, upon consideration of the government's motion (Doc. 151) to amend its motion in limine (Doc. 136) concerning the crime-fraud exception to the attorney-client privilege, it is hereby ORDERED that:

1. The motion to amend (Doc. 151) is GRANTED.

2. A hearing on the motion in limine (Doc. 136, as amended by Doc. 151) concerning the crime-fraud exception to the attorney-client privilege is scheduled to commence following jury selection on Monday, April 4, 2011, in Courtroom No. 2, Ninth Floor, 228 Walnut Street, Harrisburg, Pennsylvania.

   S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge