## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 1:10-CR-0047** |
| | : | |
| **v.** | : | **(Judge Conner)** |
| | : | |
| **TROY A. BEAM**, | : | |
| | : | |
| **Defendant** | : | |

## ORDER

AND NOW, this 29th day of April, 2011, upon consideration of a subpoena

served upon Lee Stivale, Esquire ("Attorney Stivale"), by counsel for the

government in the above-captioned case, and following a sidebar discussion with

Attorney Stivale and counsel of record in the above-captioned case concerning said

subpoena, it is hereby ORDERED that:

1. Any assertions of privilege, including attorney-client privilege or work product privilege, must be presented to the court at or before the time of production of the subpoenaed documents.

2. The court will address any assertions of privilege by conducting an *in camera* review of the documents at issue.

3. The Clerk of Court is directed to forthwith deliver a copy of this order to the office of Attorney Stivale via facsimile.


        S/ Christopher C. Conner
        CHRISTOPHER C. CONNER
        United States District Judge