IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | CRIMINAL NO. 1:10-CR-047 |
| | : | |
| v. | : | (Chief Judge Conner) |
| | : | |
| **TROY BEAM,** | : | |
| | : | |
| **Defendant** | : | |

## ORDER

AND NOW, this 23rd day of February, 2016, upon consideration of petitioner Troy Beam's ("Beam") *pro se* motion (Doc. 358) to "vacate, set aside his conviction and forfeiture proceeding" pursuant to 28 U.S.C. § 2255, and it appearing that a motion filed pursuant to § 2255 must be on the standard form supplied by the Clerk of Court unless prepared by counsel, LOCAL RULE OF COURT 83.32.1; see R. GOVERNING § 2255 CASES R. 2(c), and the court noting that Beam did not file his *pro se* motion on the standard form, it is hereby ORDERED that:

1. Beam's motion (Doc. 358) pursuant to 28 U.S.C. § 2255 is DISMISSED without prejudice.

2. The Clerk of Court is directed to SEND a copy of the standard form to Beam.

3. Beam may re-file the motion on the standard form.

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania